IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **SITO Mobile R&D IP and SITO Mobile, Ltd.,** <br> *Plaintiffs,* <br><br> v. <br><br> **Zee Entertainment Enterprises Ltd. and Essel Group,** <br> *Defendants.* | § § § § § § § § § § | Case No. 6:21-CV-00505-ADA |

## ORDER TO SHOW CAUSE

This case was filed on May 18, 2021. As of April 5, 2022, the Plaintiff has not yet filed a Case Readiness Status Report (CRSR) in compliance with the Court's OGP. Nearly a year later, no answer or substantive events have been docketed.

The Plaintiff is hereby **ORDERED** to explain the absence of a CRSR within one week of this order and why the Court should not dismiss this case for want of prosecution. The Plaintiff is hereby notified that, in the absence of a reasonable explanation, the Court may *sua sponte* dismiss this case without prejudice.

SIGNED this 5th day of April, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE